# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MANUEL GARCIA, | : | |
| Petitioner, | : | Civ. No. 16-3576 (RBK) |
| v. | : | |
| UNITED STATES, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

This matter comes before the Court on Petitioner Manuel Garcia's filing captioned as a "memorandum of law points and authorities in support of his 28 U.S.C. § 2255 motion seeking relief from an unconstitutional sentence." (Dkt. No. 6). Petitioner argues his life sentence is unconstitutional based a substantive change in the case law. (*Id.* at 2). Because this is a separate argument from his previously dismissed motion under § 2255, wherein he sought relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015) (Dkt. No. 1), the Court will direct the Clerk to create a new proceeding under 28 U.S.C. § 2255 from the filing.

Accordingly, IT IS this  23rd  day of September, 2019,

ORDERED that the Clerk shall reopen this matter for purposes of entering this Order; and it is further

ORDERED that the Clerk shall create a new proceeding under 28 U.S.C. § 2255 and file Petitioner's "memorandum of law" (Dkt. No. 6) as the first docket entry with a nunc pro tunc filing date of September 20, 2019; and it is further

ORDERED that a copy of this Order shall be placed in the new proceeding for informational purposes only; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail and mark this matter **closed**.

_s/Robert B. Kugler_
ROBERT B. KUGLER
United States District Judge
